## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-20521

United States Court of Appeals
Fifth Circuit

**FILED**
August 7, 2019

Lyle W. Cayce
Clerk

DEBE OLSON,

Plaintiff–Appellant,

v.

FARMERS NEW WORLD LIFE INSURANCE COMPANY; FARMERS INSURANCE GROUP, also known as Farmers Group, Incorporated,

Defendants–Appellees.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:17-CV-1898

Before CLEMENT, HAYNES, and WILLETT, Circuit Judges.

PER CURIAM:*

With regard to Olson's claims under the Texas Deceptive Trade Practices Act, Tex. Bus. & Comm. Code § 17.41, *et seq.,* and the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, dismissal on grounds that her claims were not timely filed and the discovery rule does not save her claims is affirmed for essentially the reasons given by the district court. With regard to Olson's claims under the California Insurance Code and the Texas Insurance Code, her briefing makes no mention of the latter claim on appeal and fails to

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-20521

brief anything specific to the former claim. "It is a well worn principle that the failure to raise an issue on appeal constitutes waiver of that argument." *United States v. Griffith*, 522 F.3d 607, 610 (5th Cir. 2008) (citing *United States v. Thibodeaux*, 211 F.3d 910, 912 (5th Cir. 2000)). Olson has thus waived her Insurance Code claims.

Finding no reversible error, we AFFIRM the district court's judgment for essentially the same reasons articulated by that court.